**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7369**

---

RONALD F. BUTTS

                                        Plaintiff - Appellant,

        versus


DEPARTMENT OF CORRECTIONS; CENTRAL CLASSIFI-
CATION BUREAU, Officials; DILLWYN CORRECTIONAL
CENTER, Regional Director/Officials; L. W.
HUFFMAN; LISA EDWARDS; J. PERUTELLI; F. S.
TAYLOR; D. S. LEWIS; MS. LEHMAN; PEGGY NEWTON;
DR. RAMSEY; R. A. FARMER; LIEUTENANT MASON;
LIEUTENANT MOSELY; SERGEANT ZUMBRO; CORREC-
TIONAL OFFICER MEINHARD; CORRECTIONAL OFFICER
WATSON; J. BOWMAN, Correctional Officer; COR-
RECTIONAL OFFICER BLOUNT; CORRECTIONAL OFFICER
HURT; L. L. WHITE; R. FELDMAN; MS. WILCHER,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia.  Jackson L. Kiser, Senior District Judge.
(CA-01-161-7)

---

Submitted:  October 18, 2001        Decided:  October 30, 2001

---

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Ronald F. Butts, Appellant Pro Se.  William W. Muse, Assistant
Attorney General, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald F. Butts appeals the district court's order dismissing all but one of the claims in his § 1983 action.  We dismiss the appeal for lack of jurisdiction because the order is not appealable.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).  The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2